IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULE DRAGOS, | No. CV 09-4417 CRB |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A. YATES, Warden | |
| Respondent. | |

The Court, having denied the habeas petition of Petitioner Jule Dragos, hereby enters judgment for Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: March 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4417\judgment.wpd